IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:19CR459-1 |
| | : | |
| TYLER LLOYD GRANTZ | : | |

GOVERNMENT'S SCHEDULE OF PROPOSED EXHIBITS

The United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, hereby files this schedule of proposed trial exhibits.

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 48 | FRE 902.11 certification for ty.grantz Instagram account images | | |
| 50A | FRE 902.11 certification for data from Samsung Cellular Telephone | | |
| 50B | FRE 902.13 certification for data from Samsung Cellular Telephone | | |
| 1 | Vehicle dash camera #1 – Dix | | |
| 1A-C | Screen captures from Ex. 1 – Dix | | |
| 2 | Photograph of Dix trooper vehicle – Dix | | |
| 3 | Google Map of crash/search/arrest area for mark-up – Dix | | |
| 4A-C | Photographs of crash site – Jones, D. | | |
| 5A-N | Photographs of crash site – Nazworth | | |
| 6 | Firearm #1 (Glock 22 .40 caliber handgun) – Nazworth | | |
| 7 | Hard Hat – Nazworth | | |

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 8 | Samsung Cellular Telephone – Nazworth | | |
| 9 | Case from Samsung Cellular Telephone – Nazworth | | |
| 10 | DNA swab from Samsung Cellular Telephone – Nazworth | | |
| 11 | DNA swab from Firearm #1 (Glock 22 .40 caliber handgun) – Nazworth | | |
| 12A-B | Photographs of GMC Acadia – Castillo Lopez | | |
| 13A-F | Photographs of Trooper Dix's patrol car at NCSHP – Woodlief | | |
| 14A-C | Photographs of items in rolling suitcase – Brown, R. | | |
| 15 | Black Adidas backpack – Hendricks | | |
| 16 | DNA swab taken from Tyler Grantz – Hendricks | | |
| 17 | One .40 caliber shell casing recovered on I-40 eastbound – Hendricks | | |
| 18 | Gun Shot Residue Kit – Goodwin | | |
| 19 | Recorded interview of Grantz – Goodwin | | |
| 19A | Transcript of recorded interview with Grantz – Goodwin | | |
| 20 | Black rolling suitcase – Jones, T. | | |
| 21 | Firearm #2 (Draco 7.62x39 pistol) – Jones, T. | | |
| 22 | Ammunition from Firearm #2 (Draco 7.62x39 pistol) – Jones, T. | | |
| 23 | DNA swab taken from Firearm #2 (Draco 7.62x39 pistol) – Jones, T. | | |
| 24A-E | Photographs of 7.62x39 caliber shell casings recovered at crash site – Jones, T. | | |
| 25A-C | Three 7.62x39 caliber shell casings recovered at crash site – Jones, T. | | |
| 26A-B | Two .40 caliber shell casings recovered on I-40 eastbound – | | |

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| | Baldwin | | |
| 27 | 7.62x39 caliber shell casing recovered at crash site – Baldwin | | |
| 28A | White t-shirt with tiger – Baldwin | | |
| 28B | White sweatshirt with writing – Baldwin | | |
| 29A-II | Photographs of contents of Adidas backpack – Baldwin | | |
| 30 | Orange pill bottle containing multiple varieties of pills from Adidas backpack – Baldwin | | |
| 31 | Cocaine hydrochloride from Adidas backpack – Baldwin | | |
| 32 | Oxycodone from Adidas backpack – Baldwin | | |
| 33 | Fifty blue pills from orange pill bottle from Adidas backpack – Baldwin | | |
| 34 | Open brown pill bottle with twelve tablets from Adidas backpack – Baldwin | | |
| 35 | Pink container from Adidas backpack – Baldwin | | |
| 36 | Thirty-six pills from inside pink container from Adidas backpack – Baldwin | | |
| 37 | Twenty-five pills from inside pink container from Adidas backpack – Baldwin | | |
| 38 | Glass container with sixty tablets from Adidas backpack – Baldwin | | |
| 39 | Vials from Adidas backpack – Baldwin | | |
| 40A-B | Marihuana from Adidas backpack – Baldwin | | |
| 41 | 7.62x39 ammunition box containing forty-three rounds from Adidas backpack – Baldwin | | |
| 42 | One clear .40 caliber magazine with | | |

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| | sixteen rounds of ammunition and one black .40 caliber magazine with five rounds of ammunition from Adidas backpack – Baldwin | | |
| 43 | Plastic baggies from Adidas backpack – Baldwin | | |
| 44 | Razor blade from Adidas backpack – Baldwin | | |
| 45 | Digital scales from Adidas backpack – Baldwin | | |
| 46 | $1,650 in United States currency from Adidas backpack – Baldwin | | |
| 47 | Vehicle dash camera #2 – Dodson | | |
| 47A | Transcript of vehicle dash camera #2 – Dodson | | |
| 49A-D | Images from ty.grantz Instagram account – Gryder | | |
| 51A-L | Texts/images from Samsung cellular telephone – Gryder | | |
| 52 | Jail calls – Gryder | | |
| 52A-E | Transcripts of jail calls | | |

This the 9th day of February, 2020.

>Respectfully submitted,
>
>MATTHEW G.T. MARTIN
>UNITED STATES ATTORNEY
>
>/S/ JOANNA G. MCFADDEN
>Assistant United States Attorney
>Deputy Chief, Criminal Division
>NYSB #4500948
>United States Attorney's Office
>Middle District of North Carolina
>101 S. Edgeworth St., 4th Floor
>Greensboro, NC  27401
>Phone:  336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Freedman, Esq.

        Respectfully submitted,

        MATTHEW G.T. MARTIN
        UNITED STATES ATTORNEY

        /S/ JOANNA G. MCFADDEN
        Assistant United States Attorney
        Deputy Chief, Criminal Division
        NYSB #4500948
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth St., 4th Floor
        Greensboro, NC 27401
        Phone: 336/333-5351