IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:19CR459-1 |
| TYLER LLOYD GRANTZ | : | |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the Jury Verdict of Guilty as to Counts One through Four of the Superseding Indictment, the Court finds that the following property is hereby forfeitable pursuant to Title 21, United States Code, Section 853, as property used or intended to be used in the commission of a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and pursuant to Title 18, United States Code, Section 924(d), as property involved or used in the commission of a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), to wit:

a. One Draco 7.62x39 rifle, serial number DR612409.

AND, WHEREAS, based on the evidence presented at trial, there is a nexus between the property to be forfeited and the offenses of which the defendant was convicted, and the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

AND, WHEREAS, publication is unnecessary because the property to be forfeited is worth less than $1,000; and the government has identified no persons who reasonably appear to be potential claimants entitled to direct notice;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1. That based upon the trial evidence and the Jury Verdict of Guilty as to Defendant TYLER LLOYD GRANTZ, the United States is hereby authorized to seize the above-described personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to Defendant Grantz

2. That pursuant to Fed. R. Crim. P. 32.2(b).(6), no further notice of this Order is required, and the above-described personal property is forfeited to the United States.

3. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

- 2 -

Case 1:19-cr-00459-WO  Document 52  Filed 02/26/20  Page 2 of 3
Case 1:19-cr-00459-WO  Document 70-1  Filed 09/28/20  Page 2 of 3

4. That the Clerk of the Court shall forward two (2) certified copies of this Order to the United States Attorney's Office, Middle District of North Carolina, Attention: Assistant U.S. Attorney Lynne P. Klauer.

This the 26th day of February, 2020.

*William L. Osteen, Jr.*
United States District Judge

- 3 -

Case 1:19-cr-00459-WO   Document 52   Filed 02/26/20   Page 3 of 3
Case 1:19-cr-00459-WO   Document 70-1   Filed 09/28/20   Page 3 of 3